# In the United States Court of Federal Claims

**No. 04-1210L**
**(Filed October 3, 2005)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**OSI, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## AMENDED SCHEDULING ORDER

---

On October 3, 2006, the Court conducted a telephonic status conference with the parties and set the following schedule:

1. **October 13, 2006** - Plaintiff shall file its amended complaint.

2. **November 3, 2006** - Defendant shall file its answer to Plaintiff's amended complaint.

3. **December 15, 2006** - The parties shall file the Joint Preliminary Status Report

4. **December 19, 2006, 11:00 a.m.** - The Court shall conduct a telephonic status conference with the parties.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**