IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **OSI, INC.,** | ) | |
| **Plaintiff,** | ) | **Electronically filed: November 1, 2006** |
| | ) | |
| **v.** | ) | **No. 04-1210L** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR ENLARGEMENT OF TIME**

Defendant United States respectfully requests a two week enlargement of time to file its response to Plaintiff's "First Amended and Restated Complaint." Presently Defendant's response is due November 3, 2006. With the requested enlargement of time, Defendant's response would then be due Friday, November 17, 2006.

Defendant has consulted with J. Doyle Fuller, counsel for OSI, about this motion. Mr. Fuller does not oppose the motion. If the motion is approved, the parties intend to use the enlargement of time to see if they can agree to a structured approach to negotiate and settle the litigation. If the parties can agree to a settlement approach, they would then inform the Court of

their proposal.

Dated: November 1, 2006

Respectfully submitted,

s/Terry M. Petrie
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Defendant's Unopposed Motion for Enlargement of Time" by electronic filing with the United States Court of Federal Claims on the 1st day of November, 2006, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

s/Terry M. Petrie
Terry M. Petrie