# In the United States Court of Federal Claims

**Nos. 04-1210L**

**(Filed November 2, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
**OSI, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On November 1, 2006, Defendant filed an unopposed motion for an enlargement of time of 14 days, to and including **November 17, 2006**, in which to respond to Plaintiff's First Amended and Restated Complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**