**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**OSI, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

**Electronically filed: November 14, 2006**

**No. 04-1210 L**
**Judge Mary Ellen Coster Williams**

**JOINT MOTION FOR SECOND**
**ENLARGEMENT OF TIME TO STRUCTURE SETTLEMENT DISCUSSIONS**

The parties respectfully request an enlargement of time until January 8, 2007, for Defendant to file its response to Plaintiff's "First Amended and Restated Complaint." This motion represents the second such request. Originally, Defendant's response was due November 3, 2006. The Court granted Defendant's unopposed motion for an enlargement of time until November 17, 2006. See Order filed November 2, 2006 (Docket No. 32). The parties sought the first requested enlargement, and now the second enlargement, to permit the opportunity to explore the possibility of settlement negotiations. Specifically, the parties are attempting to agree to a structured approach to negotiate and settle the litigation. The parties intend to inform the Court after our discussions whether we can attempt to settle the litigation. Counsel for Defendant provided ideas for settlement negotiations last week which the parties have since discussed. Broad consensus was reached in principle on a number of matters, e.g., exchange of information regarding claimed damages. We need more time, however, to discuss and attempt to reach agreement on the fuller range of items necessary to conduct settlement negotiations.

Further, both parties need time to retain appraisers. Plaintiff's previous appraiser recently passed away.

The parties also ask that the Court delay the filing of the Joint Preliminary Status Report and the status conference, presently scheduled for December 15 and December 19, respectively, until after January 8, 2007, to dates to be determined later as appropriate.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: November 14, 2006

Respectfully submitted,

s/Terry M. Petrie
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Motion for Second Enlargement of Time to Structure Settlement Discussions" by electronic filing with the United States Court of Federal Claims on the 14th day of November, 2006, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

s/Terry M. Petrie
Terry M. Petrie