# In the United States Court of Federal Claims

**Nos. 04-1210L**

**(Filed November 16, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING MOTION FOR AN ENLARGEMENT OF TIME AND STAYING PROCEEDINGS**

---

On November 15, 2006, the parties filed a joint motion for an enlargement of time of 52 days, to and including, **January 8, 2007**, for Defendant to file its response to Plaintiff's first amended and restated complaint. The parties are attempting to agree to a structured approach to negotiate with a view toward settling the litigation.

Good cause having been shown, this motion is **GRANTED**. Further, the parties have requested that all other deadlines be suspended until January 8, 2007. Accordingly, the Court suspends proceedings in this case until **January 8, 2007**. The parties are to file a joint status report by that date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**