**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OSI, INC.,** | **Electronically filed: January 4, 2007** |
| **Plaintiff,** | |
| **v.** | **No. 04-1210 L** |
| | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**JOINT STATUS REPORT**

The parties respectfully submit this status report pursuant to the Court's order filed November 16, 2006. (Docket No. 34). Suspending proceedings in this case until January 8, 2007, the Court granted the parties' request for time to "attempt[ ] to agree to a structured approach to negotiate with a view toward settling the litigation." Id.

Presently, the parties intend ultimately to request the use of the Court's Appendix H procedures. See Rules of the United States Court of Federal Claims, Appendix H, "Procedure for Alternative Dispute Resolution." Before we request the Court's assistance in that regard, however, the parties respectfully request the necessary additional time to complete our respective efforts to retain appraisers and to discuss further the processes by which we would like to structure the alternative dispute resolution process.

Neither party has been able to retain an appraiser. Given the recent deaths of two appraisers whom had been previously used by plaintiff's counsel, plaintiff has attempted to identify another appraiser and continues that search. Defendant has identified two prospective appraisers and hopes to select one within the next several weeks.

Regarding the processes to employ in negotiation, the parties have continued their

discussions and will continue to do so. One of the features the parties are discussing, for example, is a time line under which the alternative dispute procedure would take place. Though not the sole determinant, the time necessary for the appraisers to conduct evaluations and write their reports constitutes a central factor to any schedule. Discovery represents another example of the parties' discussion and its related influence upon a time line. We contemplate folding necessary discovery (e.g., exchange of documents and depositions) into that time line.

The parties appreciate the Court's accommodating our efforts to resolve this case through negotiation. In light of the present circumstances as described in this status report, we respectfully request the Court permit the parties until April 9, 2007, an enlargement of time of 91 days, in which to report the parties' intentions to use formally the procedures contained in Appendix H. We also ask that the Court continue to suspend all other proceedings in the case until that date.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: January 4, 2007

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 4th day of January, 2007, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*s/Terry M. Petrie*
Terry M. Petrie