# In the United States Court of Federal Claims

**Nos. 04-1210L**

**(Filed January 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER EXTENDING STAY OF PROCEEDINGS

On November 16, 2006, the Court granted a joint motion for an enlargement of time, to and including January 8, 2007, for Defendant to file its response to Plaintiff's first amended and restated complaint and also imposed a stay in this case. On January 4, 2007, the parties filed a joint status report on their ongoing attempts to structure a settlement, including an expressed intention to ultimately use the Court's Procedure for Alternative Dispute Resolution found in the Rules of the Court of Federal Claims, Appendix H. The parties have also requested an enlargement of time until April 9, 2007 in which "to report the parties' intentions to use formally the procedures contained in Appendix H."

Good cause having been shown, the Court extends the stay in this case through **April 9, 2007**. The parties are to file a joint status report by that date regarding further proceedings in this case, including whether they still intend to avail themselves of the Court's ADR procedure.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**