# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **OSI, INC.,** | |
| **Plaintiff,** | **Electronically filed: April 6, 2007** |
| **v.** | **No. 04-1210 L** |
| | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## JOINT STATUS REPORT

The parties respectfully submit this status report pursuant to the Court's order filed January 10, 2007. (Docket No. 36). The parties wish to advise the Court of their desire to use the procedures for Alternative Dispute Resolution ("ADR") set forth in Appendix H of the Rules of the United States Court of Federal Claims. We respectfully ask the Court consider the appointment of Judge Eric G. Bruggink, Judge Emily C. Hewitt, or Judge Robert J. Yock as the Settlement Judge. We also ask that the Court continue to suspend all other proceedings in the case while the parties undertake ADR.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: April 6, 2007

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 6th day of April, 2007, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*s/Terry M. Petrie*
Terry M. Petrie