# In the United States Court of Federal Claims

**Nos. 04-1210L**

**(Filed: April 10, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING REQUEST FOR ADR AND TO SUSPEND PROCEEDINGS**

---

On April 6, 2007, the parties filed a joint status report in which they requested that this case be assigned to an Alternate Disputes Resolution (ADR) judge. As requested, this Court refers this matter to Judge Eric G. Bruggink for ADR.

The parties have also requested to suspend all proceedings while they undertake ADR. Good cause having been shown, the motion is **GRANTED**. The Court hereby stays further proceedings in this action until 14 days after the conclusion of ADR. The parties shall file a Joint Status Report every 90 days reporting on the progress of the ADR. The first such status report is due on **July 10, 2007.**

The Clerk of the Court is directed to assign this case to Judge Bruggink for ADR in accordance with Appendix H of the Rules of the Court of Federal Claims.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**