# In the United States Court of Federal Claims

No. 04-1210C
(Filed: April 27, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant**.

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the telephonic ADR conference held on April 27, 2007, a telephonic ADR status conference will be held on May 8, 2007, at 3:00 pm EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE