# In the United States Court of Federal Claims

No. 04-1210C
(Filed: May 29, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant**.

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the telephonic ADR status conference held on May 29, 2007, a telephonic ADR status conference will be held on June 21, 2007, at 11:00 am EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE