# In the United States Court of Federal Claims

No. 04-1210C
(Filed: June 20, 2007)

* * * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

The telephonic status conference originally scheduled for June 21, 2007, is cancelled. The telephonic status conference will now take place on July 3, 2007, at 11:00 am EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE

cc: Judge Mary Ellen Coster Williams