**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **OSI, INC.,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES,** <br> **Defendant.** | **Electronically filed: July 10, 2007** <br><br> **No. 04-1210 L** <br> **Judge Mary Ellen Coster Williams** |

**JOINT STATUS REPORT**

Pursuant to the Court's order filed April 10, 2007 (Docket No. 38), the parties respectfully submit this status report reporting on the progress of Alternative Dispute Resolution ("ADR") proceedings before Judge Eric G. Bruggink.

The parties have conferred four times (April 27, May 8, June 21, and July 3) with Judge Bruggink. The discussions have focused upon attempting to come to a common understanding of the facts, e.g., area of OSI's property in dispute, date of the alleged taking, to facilitate an appraisal by the parties' retained experts. A question has arisen regarding whether the alleged taking could be a regulatory taking as well as a physical taking. In order to assess that possibility and also to obtain information useful for an appraisal, the parties have approached the Alabama Department of Environmental Management requesting assistance and presently await a response. The parties anticipate the next ADR session to occur before the end of this month.

Pursuant to the April 10 Order, the parties' next status report would be due October 8, 2007.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: July 10, 2007 Respectfully submitted,

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 10th day of July, 2007, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*s/Terry M. Petrie*
Terry M. Petrie