# In the United States Court of Federal Claims

No. 04-1210C
(File July 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant**.

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

A telephonic ADR status conference will be held on Thursday, August 2, 2007, at 11 a.m. EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE