**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Electronically filed: October 5, 2007**

| | | |
|---|---|---|
| **OSI, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1210 L** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order filed April 10, 2007 (Docket No. 38), the parties respectfully submit this status report reporting on the progress of Alternative Dispute Resolution ("ADR") proceedings before Judge Eric G. Bruggink.

In our last status report filed with the Court on July 10, 2007 (Docket No. 42), we reported how the parties had approached the Alabama Department of Environmental Management (ADEM) to gain information that might help determine whether the alleged Air Force conduct could be classified as a regulatory taking as well as a physical taking. After we filed the report, the parties received information requested from ADEM. Plaintiff, upon further discussion, decided to characterize the alleged taking as a physical taking alone. The parties reported these matters to Judge Bruggink in an ADR session on August 2, 2007. With Judge Bruggink's lead, the parties settled upon October 31, 2007, as the date on which they would exchange the expert reports of their appraisers.

Pursuant to the April 10 Order, the parties' next status report would be due January 8, 2008.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to

the undersigned counsel filing it on behalf of the parties.

Dated: October 5, 2007

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 5th day of October, 2007, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*Counsel for Plaintiff*

*s/Terry M. Petrie*
Terry M. Petrie