# In the United States Court of Federal Claims

No. 04-1210C
(Filed: December 10, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant**.

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

A telephonic status conference shall be held on Tuesday, December 11, 2007, at 2 pm EST. The call will be placed from chambers and will not be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE

cc: Judge Mary Ellen Coster Williams