# In the United States Court of Federal Claims

No. 04-1210C
(Filed: December 11, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the representations made at the telephonic ADR status conference held on December 11, 2007, the parties shall submit a joint written report on or before January 25, 2008. The report will detail the parties' progress and positions on the issues relating to the parties' respective appraisals and inform the undersigned of their views regarding subsequent ADR proceedings in this case. The report should be submitted to chambers and not filed.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE

cc: Judge Mary Ellen Coster Williams