**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Electronically filed: January 8, 2008**

| | | |
|---|---|---|
| **OSI, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1210 L** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order filed April 10, 2007 (Docket No. 38), the parties respectfully submit this status report reporting on the progress of Alternative Dispute Resolution ("ADR") proceedings before Judge Eric G. Bruggink.

In our last status report filed with the Court on October 5, 2007 (Docket No. 42), we reported how the parties had agreed to exchange the expert reports of their appraisers by October 31, 2007. After the parties exchanged expert reports, Judge Bruggink conducted a status conference with the parties on December 11, 2007. Docket No. 45. At this status conference the parties reported that they had scheduled a meeting on January 10, 2007, during which counsel for the parties and their appraisers will meet to attempt to narrow the differences between the appraisal values arrived at by each party's appraiser. Judge Bruggink then issued an order that directs the parties to submit to his chambers a "joint written report on or before January 25, 2008" that "detail[s] the parties' progress and positions on the issues relating to the parties' respective appraisals and inform[s]" him "of their views regarding subsequent ADR proceedings in this case." Docket No. 46.

Pursuant to the April 10, 2007 Order, the parties' next status report would be due March

28, 2008.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: January 8, 2008

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 8th day of January, 2008, to:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*Counsel for Plaintiff*

*s/Terry M. Petrie*
Terry M. Petrie