**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(E-filed March 28, 2008)**

| | | |
|---|---|---|
| **OSI, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 04-1210 L**<br>**Judge Mary Ellen Coster Williams** |

**JOINT STATUS REPORT**

Pursuant to the Court's order filed April 10, 2007 (Docket No. 38), the parties respectfully submit this status report reporting on the progress of Alternative Dispute Resolution ("ADR") proceedings before Judge Eric G. Bruggink. Several things have happened since the last status report was filed with the Court on January 8, 2008 (Docket No. 47), that the parties hope will lead to settlement.

First, counsel for the parties and their appraisers met in person on January 10, 2008, to try to narrow the differences between the appraisal values arrived at by each party's appraiser. Based on the efforts made at that meeting, the parties decided to let the appraisers continue to work together and try to reduce further their difference in opinions. The appraisers have since met and have managed to narrow some of their differences.

Second, in response to his order, the parties provided Judge Bruggink, the ADR Settlement Judge, a joint written report on January 25, 2008, that informed him about a major issue between the parties and how they proposed to proceed. To try and resolve the issue, the parties have agreed to have the Air Force conduct further testing to determine more fully the extent of contamination on OSI's property. Presently, the parties anticipate the testing will be

complete and the results known by approximately the end of July, 2008, and have requested they provide Judge Bruggink a status report on August 28, 2008.

Pursuant to the April 10, 2007 Order, the parties' next status report would be due June 26, 2008.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to the undersigned counsel filing it on behalf of the parties.

Dated: March 28, 2008

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 28th day of March, 2008, on:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*Counsel for Plaintiff*

*s/Terry M. Petrie*
Terry M. Petrie