**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(E-filed June 26, 2008)**

| | | |
|---|---|---|
| **OSI, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 04-1210 L** |
| | ) | **Judge Mary Ellen Coster Williams** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order filed April 10, 2007 (Docket No. 38), the parties respectfully submit this status report reporting on the progress of Alternative Dispute Resolution ("ADR") proceedings before Judge Eric G. Bruggink. As explained in our previous report filed with the Court on March 28, 2008 (Docket No. 48), the parties agreed to have the Air Force conduct further testing to determine more fully the extent of contamination on OSI's property. Two of the three rounds of testing have been completed. The parties anticipate receiving the validated results from the last round in mid-August and will attempt to provide Judge Bruggink a status report by August 28, 2008.

Pursuant to the April 10, 2007 Order, the parties' next status report would be due on September 24, 2008.

Doyle Fuller, counsel for Plaintiff, has reviewed this Joint Status Report and consents to

the undersigned counsel filing it on behalf of the parties.

Dated: June 26, 2008

Respectfully submitted,

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "Joint Status Report" by electronic filing with the United States Court of Federal Claims on the 26th day of June, 2008, on:

J. Doyle Fuller, Esq.
Law Office of J. Doyle Fuller, P.C.
2851 Zelda Road
Montgomery, Alabama 36106

*Counsel for Plaintiff*

*s/Terry M. Petrie*
Terry M. Petrie