# In the United States Court of Federal Claims

No. 04-1210C
(Filed: August 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

**OSI, INC.,**

**Plaintiff,**

v.

**THE UNITED STATES,**

**Defendant**.

* * * * * * * * * * * * * * * * * * * * * * * *

ADR SCHEDULING ORDER

Pursuant to the representations made by the parties in a joint ADR status report submitted to chambers on August 28, 2008, the parties shall submit a joint ADR status report to chambers on or before October 22, 2008, advising the undersigned whether an agreement has been reached and/ or proposing additional ADR proceedings.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
AS ADR JUDGE

cc: Judge Mary Ellen Coster Williams